## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


**BARBARA CAMACHO**
          **Plaintiff**

**V.**

**NORTHLAND GROUP, INC. ET AL**
               **Defendant**

**CA ACTION**

**NO.  13CV10773-RWZ**


### JUDGMENT


**ZOBEL, D. J.**

 In accordance with the MEMORANDUM OF DECISION  entered on 9/17/14;
Judgment is entered for DEFENDANT.


                                                  **By the Court,**


   **9/18/14**                                        **s/ Lisa A. Urso**
**Date**                                              **Deputy Clerk**